**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| KURT KIDD,          ) | |
|         ) | |
|     Plaintiff,     ) | |
|         ) | |
| v.         ) | Case No. 1:25-cv-00599 |
|         ) | |
| REGENCY AT DOMINION VALLEY OWNERS ) | |
| ASSOCIATION, INC., et al.,     ) | |
|         ) | |
|     Defendants.     ) | |

## MOTION TO DISMISS

Defendants, Regency at Dominion Valley Owners Association, Inc. and Associa Community Management Corporation (jointly, the "Defendants"), by counsel, moves to dismiss the complaint.  In support of the motion, Defendants file the accompanying Memorandum in Support of Motion to Dismiss.


Dated: April 29, 2025                 Respectfully submitted,
                                        *By Counsel*

                                        */s/ Alison Duffy*
                                        Alison C. Duffy (VSB #90113)
                                        O'Hagan Meyer, PLLC
                                        2560 Huntington Ave, Suite 204
                                        Alexandria, VA  22303
                                        (703) 775-8606
                                        aduffy@ohaganmeyer.com
                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29th, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF)

to all counsel of record.

/s/ Alison Duffy
Alison C. Duffy (VSB #90113)