# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| KURT KIDD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGENCY AT DOMINION VALLEY OWNERS )<br>ASSOCIATION, INC., et al., )<br>)<br>Defendants. ) | Case No. 1:25-cv-00599 |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Brooks Cain of the firm O'Hagan Meyer, PLLC, is appearing as counsel of record for Defendants Regency at Dominion Valley Owners Association, Inc. and Associa Community Management Corporation in this matter. Alison Duffy shall remain as counsel for all Defendants as well.

Dated: April 30, 2025                    Respectfully submitted,


                         /s/ Brooks Cain
                        Brooks Cain (VSB No. 99968)
                        O'Hagan Meyer, PLLC
                        411 East Franklin Street
                        Suite 500
                        Richmond, VA  23219
                        T: (804) 403-7135
                        E: bcain@ohaganmeyer.com

2

## CERTIFICATE OF SERVICE

I hereby certify that, on the 30th day of April 2025, I filed the foregoing with the Court using the CM/ECF system, which will electronically serve all counsel of record who have entered an appearance in this case.

*/s/ Brooks Cain*
Brooks Cain