IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

KURT KIDD, )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:25-cv-599
)
REGENCY AT DOMINION VALLEY )
OWNERS ASSOCIATION, INC., )
and ASSOCIA COMMUNITY )
MANAGEMENT CORPORATION, )
)
    Defendants. )

## ORDER

THIS MATTER comes before the Court on Defendants Regency at Dominion Valley Owners Association, Inc. and Associa Community Management Corporation's ("Defendants") Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). It appearing to the Court that the Complaint states a claim upon which recovery may be had, it is hereby

ORDERED that Defendants' Motion to Dismiss is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 27, 2025

1