**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): _Garrett Taylor_

Electronic Device(s): _One laptop computer_
_One cell phone_

Purpose and Location Of Use: _Courtroom 400; Client attending Settlement Conference by phone or video_

Case Name: _Kidd v. Associa CMC et al._

Case No.: _1: 25 - CV - 00599_

Date(s) Authorized: _8/28/25_

IT Clearance Waived: _____ (YES) _____ (NO)

**APPROVED BY:**

Date:_____      _____
                          United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____   _____
              IT Staff Member                        Date(s)

**IT clearance must be completed, unless waived, before court appearance.**