UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KURT KIDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 1:25-cv-00599-PTG-WBP |
| | ) |
| ASSOCIA COMMUNITY | ) |
| MANAGEMENT CORPORATION et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to a settlement agreement of the parties and Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure, the parties, by and through their counsel, hereby stipulate to the dismissal

of this action and all claims asserted therein with prejudice.

Respectfully Submitted,

Date: October 27, 2025

*/s/ Nathan Moelker*
Nathan Moelker (VSB No. 98313)
Benjamin P. Sisney (VSB No. 98019)
Christina A. Compagnone (VSB No. 91658)
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Ave. NE
Washington, D.C. 20002
Phone: (202) 546-8890
Facsimile: (202) 546-9309
Email: nmoelker@aclj.org

Geoffrey R. Surtees*
AMERICAN CENTER FOR LAW & JUSTICE
P.O. Box 60
New Hope, KY 40052
Phone: (502) 549-7020
Email: gsurtees@aclj.org

So Ordered.

Entered this 27 day of October, 2025.
Alexandria, Virginia

_____
Patricia Tolliver Giles
United States District Judge

Garrett A. Taylor*
AMERICAN CENTER FOR LAW & JUSTICE
625 Bakers Bridge Avenue
Franklin, TN 37067
Phone: (615) 599-5572, ext. 4008
Email: gtaylor@aclj.org

*Admitted Pro Hac Vice

**ATTORNEYS FOR PLAINTIFF**


*/s/  Alison  Duffy*
Alison C. Duffy (VSB #90113)
Brooks R. Cain (VSB #99968)
O'Hagan Meyer, PLLC
2560 Huntington Ave, Suite 204
Alexandria, VA 22303
(703) 775-8606
aduffy@ohaganmeyer.com
bcain@ohaganmeyer.com

**ATTORNEYS FOR DEFENDANTS**